David WACK, Plaintiff/Appellant,

v.

ARCHBISHOP OF ST. LOUIS on Behalf of the Archdiocese of St. Louis, Defendant/Respondent.

No. 67365.

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 1, 1995.

Rehearing Denied Sept. 8, 1995.

Dallas W. Cox, Jr., St. Louis, for appellant.

Roger Edgar, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

David Wack appeals from an order entered by the St. Louis City Circuit Court denying his motion for summary judgment and granting summary judgment in favor of the Archdiocese of St. Louis.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.